COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present:    Judges Kelsey, Beales and Senior Judge Clements


C&R COAL COMPANY AND
  OLD REPLUBLIC INSURANCE COMPANY
                                                        MEMORANDUM OPINION[*]
v.         Record No. 0023-13-3                              PER CURIAM
                                                             MAY 7, 2013
EURA DENNIS ROBERTS


                FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

                (S. Vernon Priddy III; Michael L. Goff, Jr.; Two Rivers Law Group,
                P.C., on briefs), for appellants.

                (John J. Gifford; Browning, Lamie & Gifford, P.C., on brief), for
                appellee.


        C&R Coal Company and Old Republic Insurance Company (appellants) appeal a

decision of the Workers' Compensation Commission (commission) finding Roberts' claim for

medical treatment is not barred by Code § 65.2-708.  Appellants contend the commission erred

in:  (1) refusing to reconsider its review opinion; (2) applying Prophet v. Bullock Corp., 59

Va. App. 313, 718 S.E.2d 478 (2011), rather than following prior decisions from the Court of

Appeals; and (3) failing to recognize Prophet was wrongly decided.

        We have reviewed the record and the commission's opinion and find that this appeal is

without merit.  Accordingly, we affirm for the reason stated by the commission in its final

opinion.  See Roberts v. C&R Coal Co., JCN 121-06-28 (Dec. 3, 2012).  We dispense with oral

argument and summarily affirm because the facts and legal contentions are adequately presented

---

        [*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

in the materials before the Court and argument would not aid the decisional process.  See Code

§ 17.1-403; Rule 5A:27.

Affirmed.